```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                       :
RYAN O'DELL,                                           :
                                                       :
                              Plaintiff,               :    21-CV-4882 (JMF)
                                                       :
              -v-                                      :
                                                       :
AT HOME GROUP, INC. et al.,                            :
                                                       :
                              Defendants.              :
                                                       :
------------------------------------------------------------------------X
                                                       :
MATTHEW HOPKINS,                                       :
                                                       :
                              Plaintiff,               :    21-CV-5176 (JMF)
                                                       :
              -v-                                      :
                                                       :    ORDER
AT HOME GROUP, INC. et al.,                            :
                                                       :
                              Defendants.              :
                                                       :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On June 2, 2021, Plaintiff Ryan O'Dell filed a complaint in 21-CV-4882. On June 10, 2021, Plaintiff Matthew Hopkins filed a similar complaint in 21-CV-5176. On June 15, 2021, the Court directed the parties to file any opposition to consolidating the two cases no later than June 22, 2021. 21-CV-4882, ECF No. 6; 21-CV-5176, ECF No. 4. No opposition was filed by that date. As the above-captioned actions involve common questions of law and fact and no party opposes consolidation, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 21-CV-4882. The initial pretrial conference will proceed as previously ordered. *See* 21-CV-4882, ECF No. 3.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

The Clerk of Court is directed to file this Order on both above-captioned dockets, to consolidate 21-CV-4882 and 21-CV-5176 under case number 21-CV-4882, and to close 21-CV-5176. All future filings shall be on the 21-CV-4882 docket.

SO ORDERED.

Dated: June 23, 2021
      New York, New York

                                    JESSE M. FURMAN
                                  United States District Judge